**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | | |
|---|---|---|
| **H. CRAIG FABIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 3:11 cv 404** |
| | ) | |
| **DÉCOR, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

COME NOW, Plaintiff, H. Craig Fabian and Defendant, Décor Inc., by and through the

undersigned counsel, and hereby give notice to this Honorable Court of the settlement of the

above-styled case.  The parties will file their final Consent Order of Dismissal promptly.


Dated: September 23, 2011                                     Respectfully submitted,

 /s/ Stephan M. Nitz                                               /s/ Elliot P. Fitzgerald
Stephan M. Nitz (FLB #0045561)                      Brian R. M. Adams (VSB No. 32857)
Email: snitz@szalaw.com                                   Email: badams@spottsfain.com
Schwartz, Zweben LLP                                       Elliot P. Fitzgerald (VSB # 76724)3876
Sheridan Street                                                   Email:  efitzgerald@spottsfain.com
Hollywood, Florida  33021                                 Spotts Fain PC
Telephone: (954)-966-2483                                411 East Franklin Street, Suite 600
Facsimile: (954)-966-2566                                 Richmond, Virginia 23219
*Counsel for H. Craig Fabian*                             Telephone: (804) 697-2000
                                                                         Facsimile: (804) 697-2100
                                                                         *Counsel for Décor, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of September, 2011, I will electronically file the

foregoing document with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:

James T. Tsai, Esq.
Pesner Kawamoto Conway, PLC
7926 Jones Branch Drive, Suite 930
McLean, VA  22102
Tel: (703) 506-9440
Fax: (703) 506-0929
Email: jtsai@pkc-law.com
*Counsel for H. Craig Fabian*

Stephen M. Nitz, Esq.
Schwartz Zweben, LLP
3876 Sheridan Street
Hollywood, FL 33021
Tel: (954) 966-2483
snitz@szalaw.com
*Counsel for H. Craig Fabian*

        **/s/    Elliot P. Fitzgerald**
Brian R. M. Adams (VSB No. 32857)
Email: badams@spottsfain.com
Elliot P. Fitzgerald (VSB # 76724)
Email:  efitzgerald@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Décor, Inc.*

2