IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



H. CRAIG FABIAN,

    Plaintiff,

v.                              Civil Action No. 3:11cv404

DÉCOR, INC.,

    Defendant.

### ORDER

Having reviewed the JOINT NOTICE OF SETTLEMENT (Docket No. 11), and it appearing that the disputes in this action have been settled, it is hereby ORDERED that this action is dismissed with prejudice.

It is so ORDERED.

                                              /s/ REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: November 10, 2011